UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| WILLIS PRICE, | ) | |
| KEVIN KERR, and | ) | |
| DEUNTA YOUNGBLOOD, | ) | |
| individually and on behalf of | ) | |
| themselves and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. _____ |
| | ) | |
| CITY OF MEMPHIS, *ex rel* | ) | CLASS ACTION |
| MEMPHIS POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

CLASS ACTION COMPLAINT FOR DAMAGES AND REQUEST
FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION
AND PERMANENT INJUNCTION

COMES now the Plaintiffs, Willis Price, Kevin Kerr, and Deunta Youngblood, by and through counsel, and for complaint would state as follows:

PARTIES, VENUE AND JURISDICTION

1.     Plaintiffs, on behalf of himself and the class members, bring this lawsuit against defendants as culpable parties in violation of the Driver's Privacy Protection Act ("DPPA"). 18 U.S.C. § 2721 *et seq.* for monetary damages, attorney fees, preliminary and equitable relief as a proximate result of defendants' violations of the clearly established rights, privileges, and

immunities secured to the plaintiff and class members by the Constitution and laws of the United States.

2.      This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 (Federal Question Jurisdiction).

3.      Plaintiff Willis Price is a resident of Tennessee whose protected personal information was obtained from the City of Memphis by unauthorized third parties for the purpose of solicitation and whose protected personal information was wrongfully disclosed by Defendant City of Memphis, who is aware of the entities collecting such information for solicitation, failed to deny any request on the basis of solicitation, and failed to have any individuals or entities seeking disclosure to certify that the purpose was not for solicitation and was, instead, for a permitted purpose under the DPPA.

4.      Plaintiff Kevin Kerr is a resident of Tennessee whose protected personal information was obtained from the City of Memphis by numerous unauthorized third parties for the purpose of solicitation and whose protected personal information was wrongfully disclosed by defendant City of Memphis, who is aware of the persons and entities collecting such information for solicitation, failed to deny any request on the basis of solicitation, and failed to have any individuals or entities seeking disclosure to certify that the purpose was not for solicitation and was, instead, for a permitted purpose under the DPPA.

5.      Plaintiff Deunta Youngblood is a resident of Tennessee whose protected personal information was also obtained from the City of Memphis by numerous unauthorized third parties for the purpose of solicitation and whose protected personal information was wrongfully

disclosed by defendant City of Memphis, who is aware of the entities collecting such information for solicitation, failed to deny any request on the basis of solicitation, and failed to have any individuals or entities seeking disclosure to certify that the purpose was not for solicitation and was, instead, for a permitted purpose under the DPPA.

6.      Acts giving rise to plaintiffs' cause of action occurred in the Western District of Tennessee.   Pursuant to 28 U.S.C. § 1391(c) venue for this action is proper in the Western District of Tennessee.

7.      Defendant, City of Memphis, *ex rel* Memphis Police Department, is a municipal city corporation organized under the laws of the State of Tennessee. Defendant City of Memphis is a "person" as defined by the DPPA. When referring to the Memphis Police Department, that will include Defendant City of Memphis.

8.      Defendant, City of City of Memphis *ex rel* Memphis Police Department, wrongfully disclosed protected personal information from plaintiff, Willis Price's motor vehicle report and caused to be disclosed, directed disclosure, endorsed disclosure, conspired to disclose, or acquiesced to the disclosure of plaintiff's personal information which was known to be used for the purposes of solicitation by the unauthorized third parties.

THE DPPA AND TENNESSEE LAW IN RESPONSE TO THE DPPA

9.      The DPPA forbids the disclosure of "personal information" contained in motor vehicle records for bulk distribution of surveys, marketing or solicitations if the "person" disclosing has not obtained the express consent of the person identified by the information.  The term "person" is defined to include "an individual, organization or entity." 10 U.S.C. § 2725(2).

Thus, the Defendant City of Memphis is a "person" as defined by the DPPA. See *Luparello v.*
*The Incorporated Village of Garden City*, 290 F.Supp.2d 341 (USDC E.D. New York  Nov. 13,
2003). Completed motor vehicle Tennessee Electronic Crash Reports are protected from
disclosure under T.C.A. § 55-25-103(8)(9), -104 and -107. Such "personal information" by
statute includes the name and address of motor vehicle owners, the type of registered vehicle, and
other information.

10.    The DPPA preempts all state law that contradicts the protections in the DPPA.

11.    The DPPA has a remedial provision, 18 U.S.C. § 2724(b), that includes a provision
for actual damages in an amount of no less than $2,500.00 per violation (liquidated damages),
attorney's fees, and injunctive and equitable relief.

12.    Defendant City of Memphis is aware that it is producing daily police reports
("motor vehicle records" as defined by the DPPA) and placing them in a central location where
they are routinely reviewed and inspected by numerous unauthorized individuals or entities who
then record protected personal information to be used to solicit the individuals as patients or
clients of private businesses.

13.    Since amendment to the Tennessee Public Records Act which took effect on July
1, 2016, the law of Tennessee was made even clearer that no personally identifying information
of any Tennessee citizen is to be disclosed for a purpose as described above, TCA § 10-7-503,
504.

14.    In response to the enactment of the DPPA, the Tennessee General Assembly
enacted substantially identical requirements in the Uniform Motor Vehicle Records Disclosure

-4-

Act. T.C.A § 55-25-101, *et seq.* which clearly prohibits disclosure of personal information specifically including the name, address and telephone number of individuals involved. T.C.A.§ 55-25-103 (8). Use of such information for solicitation is prohibited under T.C.A.§ 55-10-108(f).

15. The State of Tennessee has already allegedly implemented safeguards during the subject periods requiring proof of permission before production of a police report which can be seen with changes made in Buycrash.com (a statewide website used to purchase motor vehicle records in the form of Tennessee Electronic Traffic Crash Reports).

16. Plaintiffs did not give the State of Tennessee or the City of Memphis permission to disclose their personal information and, upon information and belief, the City of Memphis does not obtain the permission of the individuals who are named in the traffic accident reports that it has routinely exposed as outlined above. Upon information and belief, Plaintiffs' personal information was obtained by the City of Memphis through its routine exposure to the public. Therefore, the only way the Plaintiffs' information would have been accessed by unauthorized persons or entities for illegal solicitation purposes was from the reports exposed to the public in the Central Records Office of the Memphis Police Department.

## GENERAL ALLEGATIONS

### WILLIS PRICE:

17. On July 28, 2016, Plaintiff, Willis Price was driving a motor vehicle within the jurisdiction of the Defendant City of Memphis. Said vehicle was registered in Willis Price's name in the State of Tennessee.

18.     Plaintiff was involved in a motor vehicle accident on July 28, 2016, in Shelby County, Tennessee and the accident was investigated by the Memphis Police Department. As is typical, Plaintiff was asked to produce his State of Tennessee issued driver's license. It is also alleged that the investigating officer used autofill from information drawn from the motor vehicle records from the State of Tennessee. The plaintiff's personal information including name and address were obtained from his driver's license and registration and from information retrieved electronically at the scene. See TENNESSEE ELECTRONIC TRAFFIC CRASH REPORT dated July 28, 2016, attached hereto as Exhibit A.

19.     The Memphis Police Department investigated the subject traffic accident, and lawfully obtained information to complete the Tennessee Electronic Traffic Crash Report.

KEVIN KERR AND DEUNTA YOUNGBLOOD:

20.     On October 17, 2017, Plaintiff Kevin Kerr was driving a motor vehicle within the jurisdiction of the Defendant City of Memphis. Said vehicle was registered in Kevin's name in the State of Tennessee.

21.     On October 17, 2017, Plaintiff Deunta Youngblood was a passenger in Kevin Kerr's motor vehicle.

22.     Plaintiffs were involved in a motor vehicle accident on October 17, 2017, in Shelby County, Tennessee and the accident was investigated by the Memphis Police Department. As is typical, Plaintiffs were asked to produce their State of Tennessee issued driver's license. It is also alleged that the investigating officer used autofill from information drawn from the motor vehicle records from the State of Tennessee. The plaintiffs' personal information including name and address were obtained from their license and registration and from information retrieved

electronically at the scene. See TENNESSEE ELECTRONIC TRAFFIC CRASH REPORT dated
October 17, 2017, attached hereto as Exhibit B.

23.    The Memphis Police Department investigated the subject traffic accident and lawfully
obtained information to complete the Tennessee Electronic Traffic Crash Report.

<u>ACTS AND/OR OMISSIONS OF THE DEFENDANT:</u>

24.    Upon information and belief, Defendant City of Memphis, has no procedures in
place to redact names, addresses and phone numbers as well as other personal information in the
motor vehicle crash reports it generates and produces for review on a daily basis to unauthorized
solicitors. Likewise, it does not require a reviewer to certify that disclosure is for a permitted
purpose under the DPPA and specifically not for solicitation.   Upon information and belief,
Defendant, City of Memphis is specifically aware that agents and/or employees for unauthorized
persons are reviewing motor vehicle reports made available by the City of Memphis for the
purpose of illegal solicitation.

25.    Soon after their traffic collisions, all the Plaintiffs received numerous unsolicited
marketing telephone calls and text messages from various entities soliciting them to seek
treatment at particular facilities for injuries he suffered in the accident.

26.    These solicitations by unauthorized persons and/or entities were made utilizing
Plaintiffs' "personal information" as defined in 18 U.S.C. §2725(3) and obtained by the
disclosure and production of the Plaintiffs' Tennessee Electronic Traffic Crash Reports by the
Defendant City of Memphis without the Plaintiffs' consent.

27.    Upon information and belief, the City of Memphis exposes individuals' personal
information as outlined above tens of thousands of times a year.

## VIOLATION OF DRIVERS PRIVACY PROTECTION ACT

28.     Plaintiffs incorporate by reference paragraphs 1 through 32, and further allege:

29.     Defendant City of Memphis disclosed, caused to be disclosed, directed disclosure, endorsed disclosure, conspired to disclose, or acquiesced to the disclosure of Plaintiffs' personal information, and continues to do so.

30.     Defendant City of Memphis is, was and should be aware that the personal information of the Plaintiffs' and all those similarly situated was used for solicitation purposes, and continues to be used in this illegal fashion.

31.     Without first obtaining express consent, defendant disclosed plaintiffs' personal information for a purpose not permitted under the DPPA.

32.     Defendant's disclosure of plaintiff's personal information constitutes an invasion of privacy that violates the DPPA.

33.     Plaintiffs have retained undersigned counsel to prosecute this action. Under 18 U.S.C.§ 2724(b)(3) Plaintiffs are entitled to recovery of attorney's fees and costs.

34.     As a direct and proximate result of this violation, plaintiffs have sustained monetary damages.

### TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION

35.     Plaintiffs request an immediate temporary restraining order, preliminary injunction and permanent injunction to require the City of Memphis to safeguard personal information in its traffic accident reports as required by state and federal law.

36.     Plaintiffs are likely to suffer irreparable harm in the absence of preliminary relief:

> "In the age of the internet, when information is made public
> quickly and without borders, it is nearly impossible to contain an
> impermissible disclosure after the fact, as information can live on
> in perpetuity in the ether to be shared for any number of deviant
> purposes. Based on the evidence before the Court, the Court finds
> that the WSP's current practice of selling un-redacted collision
> reports could needlessly expose individuals who have been in
> automobile accidents in Washington to having their private
> information compromised. The likelihood of further irreparable
> harm justifies the extraordinary relief of a preliminary injunction."
> *Wilcox v. Bastiste*, 2017 WL 2525309. Only the Westlaw citation
> is currently available.    United States District Court, E.D.
> Washington.    June 9, 2017.    *Lozano v. City of Hazelton*,459
> F.Supp.2d 332 (USDC M.D. Pennsylvania October 31, 2006)

37.    The balance of the equities tips in favor of the Plaintiffs. There is no valid
governmental purpose that is furthered by indiscriminately providing collision reports that
display private individuals' personal information. Absent a preliminary injunction, the hardships
imposed on the individuals whose information is disclosed on collision reports are far-ranging
and significant; therefore, this factor weighs heavily in favor of the Plaintiffs. There would be
minimal burden placed upon the defendant, City of Memphis, to require procedures that comply
with the statutes above or to require redaction of personal information, as defined by the DPPA
including the names, addresses and telephone numbers. *Wilcox v. Bastiste*, *Id.*

38.    There is a valid public interest in the enforcement of federal statutes like the
DPPA. In fact, the public as a vital interest in the protection of personal information and in
preventing it from being sold or given indiscriminately to anyone who seeks collision reports for
an improper purpose. Allowing the disclosure of personal information to continue pending the
outcome of this litigation would undermine the very purpose of the DPPA. *Wilcox v. Bastiste*,
*Id.*

39.    The Plaintiffs have a reasonable probability of success on the merits.

WHEREFORE, Plaintiffs demand judgment against defendants, for liquidated damages, actual damages, reasonable attorney's fees, and all costs of this action.

PRAYER FOR RELIEF

40.    Plaintiffs demand judgment against the Defendant City of Memphis on their behalf, including: liquidated damages of $2500 per Plaintiff, attorney's fees and costs, a temporary restraining order and preliminary and permanent injunctions, and any other relief the Court deems appropriate.

CLASS ACTION ALLEGATIONS

41.    Plaintiffs bring this action on behalf of themselves and all other similarly situated individuals who had their personal information exposed and/or used in violation of the DPPA.

42.    Plaintiffs ask the Court to certify a class of all individuals who, within the four (4) year statute of limitations governing the DPPA, had their personal information exposed and/or misused in violation of the DPPA.

**Numerosity**

43.    Upon information and belief, the number of persons adversely affected by this practice numbers into the hundreds for each year in the four (4) year period covered by the DPPA.

44.    The members of the class are readily ascertainable but are so numerous that joinder is impractical.

45.    Plaintiffs are members of the class they seek to represent.

**Common Questions of Law and Fact**

-10-

46.    There are questions of law and fact common to the class, including:

   a.    Whether the Defendant engaged in the conduct alleged herein;

   b.    Whether there is statutory authority for Defendant's actions as alleged
         herein;

   c.    Whether the Defendant acted without statutory authority in committing the
         acts alleged herein;

   d.    Whether the members of the Plaintiff class are entitled to liquidated
         damages;

   e.    Whether or not it is appropriate to enjoin further transactions of this
         nature;

**Typicality**

47.    Plaintiffs' claims are typical of the claims of members of the class in that Plaintiffs and class members have all had their personal information exposed and/or misused in violation of the DPPA.

**Adequate Representation**

48.    Plaintiffs will fairly and adequately protect the interests of each member of the class and has retained counsel competent and experienced in complex class actions.

**Rule 23 Certification**

49.    Class certification is appropriate as the prosecution of separate actions by or against individual members of the class would create a risk of inconsistent or varying adjudications with respect to individual members of the class that would establish incompatible standards of conduct for the Defendant.

50.     Class certification is appropriate as adjudication with respect to individual members of the class could, as a practical matter be dispositive of the interests of other members not parties to the adjudications or could substantially impair or impede their ability to protect their interests.

51.     Class certification is appropriate because the Defendant has acted or refused to act and may still be acting on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole.

52.     Class certification is appropriate because questions of law or fact common to the Plaintiff class predominate over any questions affecting only individual members and a class action is superior to any other available method for the fair and efficient adjudication of this controversy.

53.     Plaintiffs seek injunctive relief in the form of an order requiring the Defendant, City of Memphis, safeguard class members' and the general public's personal information as required by the DPPA.

### **Common Questions of Law and Fact**

54.     Class certification of the Plaintiff class is appropriate because common issues of law and fact relative to the Defendant's conduct predominate over individual issues.

### **Superiority**

55.     A class action is superior to individual litigation because thousands of separate lawsuits would magnify the delay and expense for the parties and the courts. By contrast the class action device presents far fewer management difficulties and provides the benefits of unitary adjudication, economies of scale, and comprehensive supervision in a single court of law.

Respectfully submitted this 18th day of October, 2017.

                              Attorneys for the Plaintiff,


                              /s/ James E. Blount, IV
                              James E. Blount, IV (19301)
                              1950 West Poplar
                              Collierville, Tennessee 38017
                              jimmy@blountfirm.com
                              (901)529-9377



                              /s/ a. James Andrews
                              A. James Andrews
                              943 Scenic Drive
                              Knoxville, Tennessee 37919
                              andrewsesq@icx.net
                              (865)660-3993



8/3/2016 9:13 AM



| Master Record Number | 300294641 |
|---|---|
| Type Of Crash | Injury-Possible |
| Approved By | ERoss |

# Tennessee Electronic Traffic Crash Report

## Incident Information

| Date of Crash | Day Of Crash | Local Agency Number | Reporting Agency Name | | Agency Tracking Number |
|---|---|---|---|---|---|
| 7/28/2016 | Thursday | MPD0000 | Memphis Police Dept | | WC1620848 |

| Time of Crash | Time Notified | Time Arrived | County | | City |
|---|---|---|---|---|---|
| 17:10 | 17:23 | 17:30 | Shelby | | Memphis |

| Total Vehicles | Total Occupants | Total Non-Occupants | Total Killed | Total Injured | Total Uninjured |
|---|---|---|---|---|---|
| 3 | 3 | 0 | 0 | 1 | 2 |

| Hit and Run | Solved | Police Pursuit | School Bus Involved | Photos Taken | By | Photographer Name |
|---|---|---|---|---|---|---|
| N | N | N | No | N | Not Applicable | |

| Area | Interchange Related | Intersection Type |
|---|---|---|
| Not Applicable | N | Not at Intersection |

| Block Number | Roadway Number | Roadway Name | Suffix | Mile Marker |
|---|---|---|---|---|
| | I240 | | | 0.00 |

| Estimated Distance | Distance Type | Direction | From Highway/Intersection | Suffix | Intersect Number |
|---|---|---|---|---|---|
| 100.00 | Feet | North | Lamar | AVE | |

| Roadway Local Id | Intersect Local Id |
|---|---|
| | |

| Relation To Junction | Relation to Roadway | Route Signing |
|---|---|---|
| AccelDecelLane | On Roadway | Interstate |

| Work Zone | Construction Zone |
|---|---|
| None | |

| Construction Location | Workers Present |
|---|---|
| | No |

| First Harmful Event | Trafficway Type |
|---|---|
| Motor Vehicle-In-Transport On Same Roadway | Trafficway-OPEN |

| Weather Conditions | Light conditions | Latitude | Longitude | Rail Crossing Id |
|---|---|---|---|---|
| Clear | Daylight | 35.080185 | 89.955009 | |

| Manner of Collision |
|---|
| Front to Rear |

| 1st Collision Factor | 2nd Collision Factor | 3rd Collision Factor |
|---|---|---|
| | | |

## Incident Management

| Secondary Crash | Secondary Crash Type | Blockage Occurred |
|---|---|---|
| | | |

| Roadway / Lanes Blocked | Roadway Lanes/ Cleared |
|---|---|
| | |

| Lanes Blocked | |
|---|---|
| | |

| Incident Started | Incident Cleared |
|---|---|
| | |

## Investigating Officer Details

| Investigation Complete | Rank | First Name | Middle Initial | Last Name | Suffix |
|---|---|---|---|---|---|
| Y | Officer | Walter | L | Carter | |

| Badge Number | District/Zone | Car Number | Report Date |
|---|---|---|---|
| 12431 | 423 | 423D | 07/28/2016 |

## Assisting Officers

| Rank | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| Officer | Lakeisha | | Hubbert | |

| Badge Number | District / Zone | Car Number | Report Signed | Report Date |
|---|---|---|---|---|
| 11324 | 423 | 423D | | 07/28/2016 |

Official copy obtained through BuyCrash.com

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| | 1 | Driver Operated |

## Driver Information

| First Name | | Middle Initial | | Last Name | | | | | Suffix | Date Of Birth | | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry | | D | | Hobson | | | | | | 4/20/1974 | | 42 |

| Address Line 1 | | | Address Line 2 | | | City | | State | | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3161 Signal St | | | | | | Memphis | | TN | | | 381277273 |

| Phone 1 | Phone 2 | | Phone 3 | | Race | | Ethnicity | | | Gender |
|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | | | 9014865219 | | Caucasian/Mexican/Puerto Rican/Other White | | Non-Hispanic | | | M |

| Drivers License Number | | Drivers License State | | | Expiration Date | Drivers License Class | | Drivers License Status | |
|---|---|---|---|---|---|---|---|---|---|
| 076517444 | | TN | | | 2019 | D | | Valid | |

| Safety Equipment | | | Airbag | | Seat Position | |
|---|---|---|---|---|---|---|
| Unknown | | | AirBag Available-No Deployment | | Front Seat-Left Side | |

| Endorsement 1 | | Complied With | | Endorsement 2 | Complied With | Endorsement 3 | | Complied With |
|---|---|---|---|---|---|---|---|---|
| None | | Y | | | | | | |

| Restriction 1 | | Complied With | | Restriction 2 | Complied With | Restriction 3 | | Complied With |
|---|---|---|---|---|---|---|---|---|
| None | | Y | | | | | | |

| Ejected | | Ejection Path | | | Trapped/Extricated | |
|---|---|---|---|---|---|---|
| Not Ejected | | Not Ejected/Not Applicable | | | Not Trapped | |

| Injury Code | | Medical Transport | | Ambulance/Hospital | |
|---|---|---|---|---|---|
| No Injury | | Not Transported | | | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction |
|---|---|---|
| No Hit And Run | Slowing In Traffic Lane | Unknown |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Appeared Normal | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| Inattentive-Eating, Reading, Talking, Etc | |

| Driver's 3rd Action | Driver's 4th Action |
|---|---|
| | |

## Alcohol and Drugs

| Presence of Alcohol | | Determination Method | | Alcohol Test Status | |
|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | |

| 1st Alcohol Test Type | | 1st Alcohol Test Result | 2nd Alcohol Test Type | | 2nd Alcohol Test Result |
|---|---|---|---|---|---|
| Not Tested | | None Given | | | |

| Presence of Drugs | | Determination Method | | Drug Test Status | |
|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| Not Tested For Drugs | No Drug Reported | | | | |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 21-88.2 | Other Moving | Maintain safe lookout | 21-88.2 |
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |

## Vehicle Information

| Owner Same as Driver | Owner First Name | | | Owner Middle Name | | Owner Last Name | | | Owner Suffix |
|---|---|---|---|---|---|---|---|---|---|
| Y | Larry | | | D | | Hobson | | | |

| Address Line 1 | | | Address Line 2 | | | City | State | Zip Code | Phone 1 |
|---|---|---|---|---|---|---|---|---|---|
| 3161 Signal St | | | | | | Memphis | TN | 381277273 | Unknown |

| Phone 2 | Phone 3 | Vehicle Year | Vehicle Make | Vehicle Model | Color |
|---|---|---|---|---|---|
| | 9014865219 | 2015 | RAM | 150 | Blue |

| VIN | License Plate Number | State | Plate Expiration | Body Style |
|---|---|---|---|---|
| 1C6RR6KT0FS789259 | X4256S | Tennessee | 022017 | Standard Pickup |

| HAZMAT? | FMCSA Reportable? | Bus Use | Unit Type |
|---|---|---|---|
| N | N | Not Used As School Bus | Motor Vehicle In-Transport |

| Gross Weight | Vehicle Configuration |
|---|---|
| 10000 or Less-No Haz-8 Or Less | |

| Vehicle Operation Type | Cargo Body Type |
|---|---|
| Personally Owned/Used | |

| 1st Factor | 2nd Factor | 3rd Factor |
|---|---|---|
| Unknown | | |

| Vehicle Special Use | Emergency Use | Override/Underride |
|---|---|---|
| No Special Use | N | No Underride-Override |

| Towed | Towed Location |
|---|---|
| Driven From Scene | |

| 1st Trailer | 1st Trailer License Plate Information | 2nd Trailer | 2nd Trailer License Information |
|---|---|---|---|
| 4-Wheel utility | | | |

| Insurance 1 | Insurance 1 Type | Insurance 1 Carrier | Insurance 1 Start Date | Insurance 1 End Date |
|---|---|---|---|---|
| 079 5222-B03 | Owner | State Farm | | |
| Insurance 2 | Insurance 2 Type | Insurance 2 Carrier | Insurance 2 Start Date | Insurance 2 End Date |
| Insurance 3 | Insurance 3 Type | Insurance 3 Carrier | Insurance 3 Start Date | Insurance 3 End Date |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | | Fire in Vehicle |
|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | N |

| Events 1 | Events 2 | Events 3 |
|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | |
| Events 4 | Events 5 | Events 6 |

| Point of First Impact | Extent of Damage | Officer Damage Estimate |
|---|---|---|
| Front End | Functional Damage | Greater Than 400 Dollars |

| Areas of Vehicle Damage |
|---|
| Front End, Left Side-Far Front, Right Side-Far Front |

| Travel Direction | Traveling On |
|---|---|
| North | 240 |

| Trafficway Flow | Roadway Surface Type | Number of Travel Lanes |
|---|---|---|
| Two-Way Divided With Traffic Barrier | Asphalt | Two Lanes |

| Trafficway Hazards |
|---|
| None |

| Traffic Control Devices | Traffic Control Device Functioning | Roadway Route Signing |
|---|---|---|
| No Control | No Controls | Interstate |

| Roadway Surface Conditions | Roadway Character Alignment | Roadway Character Profile |
|---|---|---|
| Dry | Straight | Uphill Grade |

| Speed Limit | Access control |
|---|---|
| 45 | Full Control Only Ramp Entry and Exit |

## Commercial Carrier Information

| US DOT | Carrier Name | Carrier Type | ICC MC | TN DOS |
|---|---|---|---|---|
| Address Line 1 | | Address Line 2 | City | State | Zip Code | Phone |

| 1st Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |
|---|---|---|---|---|---|
| 2nd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |
| 3rd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |

RDA 1348
Official copy obtained through BuyCrash.com

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| | 1 | Driver Operated |

## Driver Information

| First Name | | Middle Initial | | Last Name | | | | Suffix | Date Of Birth | | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Willis | | F | | Price | | | | | 2/2/1983 | | 33 |

| Address Line 1 | | Address Line 2 | | City | | State | | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 1684 Vesey Ave | | | | Memphis | | TN | | 38114 |

| Phone 1 | Phone 2 | Phone 3 | Race | Ethnicity | Gender |
|---|---|---|---|---|---|
| Unknown | | 9014307508 | Black or African American | Non-Hispanic | M |

| Drivers License Number | | Drivers License State | | Expiration Date | Drivers License Class | | Drivers License Status |
|---|---|---|---|---|---|---|---|
| 097859311 | | TN | | 2018 | D | | Valid |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| Unknown | AirBag Available-No Deployment | Front Seat-Left Side |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | Complied With |
|---|---|---|---|---|---|
| None | Y | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | Complied With |
|---|---|---|---|---|---|
| None | Y | | | | |

| Ejected | Ejection Path | Trapped/Extricated |
|---|---|---|
| Not Ejected | Not Ejected/Not Applicable | Not Trapped |

| Injury Code | Medical Transport | Ambulance/Hospital |
|---|---|---|
| Possible Injury | Not Transported | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction |
|---|---|---|
| No Hit And Run | Stopped In Traffic Lane | Unknown |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Appeared Normal | | |

| Driver's 1st Action | | Drivers 2nd Action |
|---|---|---|
| None | | |

| Driver's 3rd Action | | Driver's 4th Action |
|---|---|---|
| | | |

## Alcohol and Drugs

| Presence of Alcohol | | Determination Method | | Alcohol Test Status | |
|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | |

| 1st Alcohol Test Type | | 1st Alcohol Test Result | 2nd Alcohol Test Type | | 2nd Alcohol Test Result |
|---|---|---|---|---|---|
| Not Tested | None Given | | | | |

| Presence of Drugs | | Determination Method | | Drug Test Status | |
|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| Not Tested For Drugs | No Drug Reported | | | | |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 21-55 | Other Non-Moving | Financial Responsibility | 21-55 |
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |

Official copy obtained through BuyCrash.com

## Vehicle Information

| Owner Same as Driver | | Owner First Name | | | | Owner Middle Name | | Owner Last Name | | | Owner Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | | Willis | | | | F | | Price | | | |
| Address Line 1 | | | | Address Line 2 | | | City | | State | Zip Code | Phone 1 |
| 1684 Vesey Ave | | | | | | | Memphis | | TN | 38114 | Unknown |
| Phone 2 | Phone 3 | | Vehicle Year | | Vehicle Make | | Vehicle Model | | Color | | |
| | 9014307508 | | 2004 | | CHEV | | SLV | | Blue | | |
| VIN | | License Plate Number | | State | | | Plate Expiration | | Body Style | | |
| 2GCEC19V641139548 | | P2476G | | Tennessee | | | 032017 | | Standard Pickup | | |
| HAZMAT? | FMCSA Reportable? | | Bus Use | | | | Unit Type | | | | |
| N | N | | Not Used As School Bus | | | | Motor Vehicle In-Transport | | | | |
| Gross Weight | | | | | | Vehicle Configuration | | | | | |
| 10000 or Less-No Haz-8 Or Less | | | | | | | | | | | |
| Vehicle Operation Type | | | | | | Cargo Body Type | | | | | |
| Personally Owned/Used | | | | | | | | | | | |
| 1st Factor | | | | 2nd Factor | | | | 3rd Factor | | | |
| Unknown | | | | | | | | | | | |
| Vehicle Special Use | | | | | | Emergency Use | | Override/Underride | | | |
| No Special Use | | | | | | N | | No Underride-Override | | | |
| Towed | | | | | Towed Location | | | | | | |
| Driven From Scene | | | | | | | | | | | |
| 1st Trailer | | | 1st Trailer License Plate Information | | | 2nd Trailer | | | 2nd Trailer License Information | | |
| Insurance 1 | | Insurance 1 Type | | Insurance 1 Carrier | | | | | Insurance 1 Start Date | | Insurance 1 End Date |
| | | No Insurance | | | | | | | | | |
| Insurance 2 | | Insurance 2 Type | | Insurance 2 Carrier | | | | | Insurance 2 Start Date | | Insurance 2 End Date |
| Insurance 3 | | Insurance 3 Type | | Insurance 3 Carrier | | | | | Insurance 3 Start Date | | Insurance 3 End Date |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | | | | Fire in Vehicle |
|---|---|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | | | N |
| Events 1 | | Events 2 | | Events 3 |
| Motor Vehicle-In-Transport On Same Roadway | | | | |
| Events 4 | | Events 5 | | Events 6 |
| Point of First Impact | | Extent of Damage | | Officer Damage Estimate |
| Rear End | | Functional Damage | | Greater Than 400 Dollars |
| Areas of Vehicle Damage | | | | |
| Rear End, Left Side-Far Rear, Front End | | | | |
| Travel Direction | Traveling On | | | |
| North | 240 | | | |
| Trafficway Flow | | Roadway Surface Type | | Number of Travel Lanes |
| Two-Way Divided With Traffic Barrier | | Asphalt | | Two Lanes |
| Trafficway Hazards | | | | |
| None | | | | |
| Traffic Control Devices | | Traffic Control Device Functioning | | Roadway Route Signing |
| No Control | | No Controls | | Interstate |
| Roadway Surface Conditions | | Roadway Character Alignment | | Roadway Character Profile |
| Dry | | Straight | | Uphill Grade |
| Speed Limit | Access control | | | |
| 45 | Full Control Only Ramp Entry and Exit | | | |

## Commercial Carrier Information

| US DOT | Carrier Name | | | | Carrier Type | | | ICC MC | | TN DOS |
|---|---|---|---|---|---|---|---|---|---|---|
| Address Line 1 | | | Address Line 2 | | | City | | State | Zip Code | Phone |
| 1st Hazardous Materials | | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | | | |
| 2nd Hazardous Materials | | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | | | |
| 3rd Hazardous Materials | | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | | | |

RDA 1348
Official copy obtained through BuyCrash.com

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| 83 | 1 | Driver Operated |

## Driver Information

| First Name | | Middle Initial | | Last Name | | | | Suffix | Date Of Birth | | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Valencia | | M | | Hugghis | | | | | 4/15/1990 | | 26 |

| Address Line 1 | | Address Line 2 | | City | | State | | | | Zip Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2748 Jeffrey Ave | | | | Memphis | | TN | | | | 381145519 | |

| Phone 1 | Phone 2 | Phone 3 | Race | | Ethnicity | | | Gender |
|---|---|---|---|---|---|---|---|---|
| Unknown | | 9013466799 | Black or African American | | Non-Hispanic | | | F |

| Drivers License Number | | Drivers License State | | Expiration Date | Drivers License Class | | Drivers License Status | |
|---|---|---|---|---|---|---|---|---|
| 109482757 | | TN | | 2020 | D | | Valid | |

| Safety Equipment | | Airbag | Seat Position | |
|---|---|---|---|---|
| Unknown | | AirBag Available-No Deployment | Front Seat-Left Side | |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | Complied With |
|---|---|---|---|---|---|
| None | Y | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | Complied With |
|---|---|---|---|---|---|
| None | Y | | | | |

| Ejected | Ejection Path | | Trapped/Extricated | |
|---|---|---|---|---|
| Not Ejected | Not Ejected/Not Applicable | | Not Trapped | |

| Injury Code | Medical Transport | Ambulance/Hospital |
|---|---|---|
| No Injury | Not Transported | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction |
|---|---|---|
| No Hit And Run | Stopped In Traffic Lane | Unknown |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Appeared Normal | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| None | |

| Driver's 3rd Action | Driver's 4th Action |
|---|---|
| | |

## Alcohol and Drugs

| Presence of Alcohol | Determination Method | Alcohol Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Alcohol Test Type | 1st Alcohol Test Result | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
|---|---|---|---|
| Not Tested | None Given | | |

| Presence of Drugs | Determination Method | Drug Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| Not Tested For Drugs | No Drug Reported | | | | |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |

## Vehicle Information

| Owner Same as Driver | | Owner First Name | | | Owner Middle Name | | | Owner Last Name | | | Owner Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | | Valencia | | | M | | | Hugghis | | | |
| Address Line 1 | | | | Address Line 2 | | | City | | State | Zip Code | Phone 1 |
| 2748 Jeffrey Ave | | | | | | | Memphis | | TN | 381145519 | Unknown |
| Phone 2 | Phone 3 | | Vehicle Year | | Vehicle Make | | Vehicle Model | | Color | | |
| | 9013466799 | | 2008 | | HOND | | PLT | | Gray | | |
| VIN | | License Plate Number | | State | | | Plate Expiration | | Body Style | | |
| 5FNYF18598B053283 | | S6352E | | Tennessee | | | 012017 | | Compact Utility | | |
| HAZMAT? | FMCSA Reportable? | | Bus Use | | | | Unit Type | | | | |
| N | N | | Not Used As School Bus | | | | Motor Vehicle In-Transport | | | | |
| Gross Weight | | | | | | Vehicle Configuration | | | | | |
| 10000 or Less-No Haz-8 Or Less | | | | | | | | | | | |
| Vehicle Operation Type | | | | | | Cargo Body Type | | | | | |
| Personally Owned/Used | | | | | | | | | | | |
| 1st Factor | | | | 2nd Factor | | | | 3rd Factor | | | |
| Unknown | | | | | | | | | | | |
| Vehicle Special Use | | | | | | Emergency Use | | Override/Underride | | | |
| No Special Use | | | | | | N | | No Underride-Override | | | |
| Towed | | | | Towed Location | | | | | | | |
| Driven From Scene | | | | | | | | | | | |
| 1st Trailer | | | 1st Trailer License Plate Information | | | 2nd Trailer | | | 2nd Trailer License Information | | |
| Insurance 1 | Insurance 1 Type | | Insurance 1 Carrier | | | | | Insurance 1 Start Date | | Insurance 1 End Date | |
| 6341D 691657 | Owner | | Nationwide | | | | | | | | |
| Insurance 2 | Insurance 2 Type | | Insurance 2 Carrier | | | | | Insurance 2 Start Date | | Insurance 2 End Date | |
| Insurance 3 | Insurance 3 Type | | Insurance 3 Carrier | | | | | Insurance 3 Start Date | | Insurance 3 End Date | |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | | | | | | Fire in Vehicle |
|---|---|---|---|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | | | | | N |
| Events 1 | | | Events 2 | | Events 3 | |
| Motor Vehicle-In-Transport On Same Roadway | | | | | | |
| Events 4 | | | Events 5 | | Events 6 | |
| Point of First Impact | | | Extent of Damage | | Officer Damage Estimate | |
| Rear End | | | Minor Damage | | Greater Than 400 Dollars | |
| Areas of Vehicle Damage | | | | | | |
| Rear End | | | | | | |
| Travel Direction | | Traveling On | | | | |
| North | | 240 | | | | |
| Trafficway Flow | | | Roadway Surface Type | | Number of Travel Lanes | |
| Two-Way Divided With Traffic Barrier | | | Asphalt | | Two Lanes | |
| Trafficway Hazards | | | | | | |
| None | | | | | | |
| Traffic Control Devices | | | Traffic Control Device Functioning | | Roadway Route Signing | |
| No Control | | | No Controls | | Interstate | |
| Roadway Surface Conditions | | | Roadway Character Alignment | | Roadway Character Profile | |
| Dry | | | Straight | | Uphill Grade | |
| Speed Limit | Access control | | | | | |
| 45 | Full Control Only Ramp Entry and Exit | | | | | |

## Commercial Carrier Information

| US DOT | Carrier Name | | | Carrier Type | | | ICC MC | | TN DOS |
|---|---|---|---|---|---|---|---|---|---|
| Address Line 1 | | Address Line 2 | | City | | State | Zip Code | | Phone |
| 1st Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | | | |
| 2nd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | | | |
| 3rd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | | | |

RDA 1348
Official copy obtained through BuyCrash.com

**Narrative**

CAD#P16210195. On 07/28/2016 at 17:30 hours, Officer Carter, W (12431) responded to a crash at I-240 N/B (on ramp), north of Lamar ave, where vehicle #1 traveling N/B on I-240 struck with it's front end, the rear end of vehicle #2 traveling in the same direction. As a result of being struck by vehicle #1, vehicle #2 was pushed into vehicle #3.

Driver Valencia Hugghis advised she was yielding for oncoming traffic at the crash location, when her vehicle was struck in the rear by vehicle #2.

Driver Willis Price advised he was stopped behind vehicle #3 when he was struck in the rear by vehicle #1. Driver Willis Price advised as a result of being struck by vehicle #1, his vehicle was pushed into the rear end of vehicle #3.

Driver Larry Hobson advised he was traveling N/B on the I-240 on ramp, from Lamar ave, when traffic suddenly came to a stop. Driver Larry Hobson advised he attempted to stop, but couldn't before striking the rear of vehicle #2.

Driver Willis Price complained of neck pain, and was evaluated by MFD Engine #14. Driver Price refused medical transport, stating he would follow up with his doctor. All other parties involved advised they were not injured, and refused medical treatment.

Driver Larry Hobson was issued citation #U069341 for the accident, court date September 9, 2016, 201 Poplar, division #1, 1:30 P.M. Driver Willis Price was issued citation #U069342 for financial responsibility, court date: September 9, 2016, 201 Poplar ave, division #1, 1:30 P.M.

RDA 1348
Official copy obtained through BuyCrash.com

10/18/2017 1:54 PM





| Master Record Number | 300393417 |
|---|---|
| Type Of Crash | Injury-Possible |
| Approved By | MMitchel |

# Tennessee Electronic Traffic Crash Report

## Incident Information

| Date of Crash 10/17/2017 | | Day Of Crash Tuesday | | Local Agency Number MPD0000 | | Reporting Agency Name Memphis Police Dept | | | Agency Tracking Number WC1729175 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time of Crash 07:28 | | Time Notified 08:00 | | Time Arrived 08:10 | | County Shelby | | | City Memphis | |

| Total Vehicles 2 | Total Occupants 3 | Total Non-Occupants 0 | Total Killed 0 | Total Injured 2 | Total UnInjured 1 |
|---|---|---|---|---|---|

| Hit and Run N | Solved N | Police Pursuit N | School Bus Involved No | Photos Taken Y | By Other | Photographer Name Haskin |
|---|---|---|---|---|---|---|

| Area Business | Interchange Related N | Intersection Type Roundabout |
|---|---|---|

| Block Number | Roadway Number | Roadway Name Lamar | Suffix AVE | Mile Marker 0.00 |
|---|---|---|---|---|

| Estimated Distance | Distance Type | Direction | From Highway/Intersection Raines | Suffix RD | Intersect Number |
|---|---|---|---|---|---|

| Roadway Local Id | Intersect Local Id |
|---|---|

| Relation To Junction Intersection | Relation to Roadway On Roadway | Route Signing Municipal Route |
|---|---|---|

| Work Zone None | Construction Zone |
|---|---|

| Construction Location | Workers Present No |
|---|---|

| First Harmful Event Motor Vehicle-in-Transport On Same Roadway | Trafficway Type Trafficway-OPEN |
|---|---|

| Weather Conditions Clear | Light conditions Daylight | Latitude 35.085765 | Longitude -89.961812 | Rail Crossing Id |
|---|---|---|---|---|

| Manner of Collision Angle |
|---|

| 1st Collision Factor | 2nd Collision Factor | 3rd Collision Factor |
|---|---|---|

## Incident Management

| Secondary Crash | Secondary Crash Type | Blockage Occurred |
|---|---|---|
| Roadway / Lanes Blocked | Roadway Lanes/ Cleared | |
| Lanes Blocked | | |
| Incident Started | Incident Cleared | |

## Investigating Officer Details

| Investigation Complete Y | Rank Patrolman | First Name Douglas | Middle Initial D | Last Name Haskin | Suffix |
|---|---|---|---|---|---|
| Badge Number 10417 | District/Zone 922 | Car Number 952 | | Report Date 10/17/2017 | |

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| 1 | 1 | Driver Operated |

## Driver Information

| First Name | | Middle Initial | Last Name | | | Suffix | Date Of Birth | | Age |
|---|---|---|---|---|---|---|---|---|---|
| Marcus | | E | Scullark | | | | 11/11/1975 | | 41 |

| Address Line 1 | | Address Line 2 | | City | | State | | Zip Code | |
|---|---|---|---|---|---|---|---|---|---|
| 3665 W Winchester Sq | | | | Memphis | | TN | | 381186422 | |

| Phone 1 | Phone 2 | Phone 3 | Race | | Ethnicity | | Gender |
|---|---|---|---|---|---|---|---|
| Unknown | | 9013558012 | Black or African American | | Non-Hispanic | | M |

| Drivers License Number | | Drivers License State | | Expiration Date | | Drivers License Class | | Drivers License Status | |
|---|---|---|---|---|---|---|---|---|---|
| 082336800 | | TN | | 2024 | | B | | Valid | |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| Lap Belt Only | Not Available | Front Seat-Left Side |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | | Complied With |
|---|---|---|---|---|---|---|
| None | Y | | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | | Complied With |
|---|---|---|---|---|---|---|
| None | Y | | | | | |

| Ejected | Ejection Path | | Trapped/Extricated | |
|---|---|---|---|---|
| Not Ejected | Not Ejected/Not Applicable | | Not Trapped | |

| Injury Code | Medical Transport | | |
|---|---|---|---|
| No Injury | Not Transported | Ambulance/Hospital | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction |
|---|---|---|
| No Hit And Run | Backing Up Other Than Parking | None |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Appeared Normal | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| Improper Backing | |

| Driver's 3rd Action | Driver's 4th Action |
|---|---|
| | |

## Alcohol and Drugs

| Presence of Alcohol | | Determination Method | | Alcohol Test Status | | |
|---|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | | |

| 1st Alcohol Test Type | | 1st Alcohol Test Result | | 2nd Alcohol Test Type | | 2nd Alcohol Test Result |
|---|---|---|---|---|---|---|
| Not Tested | | None Given | | | | |

| Presence of Drugs | | Determination Method | | Drug Test Status | | |
|---|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | | |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| Not Tested For Drugs | No Drug Reported | | | | |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |

Official copy obtained through BuyCrash.com

## Vehicle Information

| Owner Same as Driver | | Owner First Name | | | Owner Middle Name | | Owner Last Name | | | Owner Suffix |
|---|---|---|---|---|---|---|---|---|---|---|
| N | | Waste | | | | | Inland | | | |

| Address Line 1 | | | Address Line 2 | | | City | | State | Zip Code | Phone 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 4033 Lamar Ave | | | | | | Memphis | | TN | 38118 | Unknown |

| Phone 2 | Phone 3 | Vehicle Year | Vehicle Make | Vehicle Model | Color |
|---|---|---|---|---|---|
| | 9016726212 | 2015 | MACK | 1m2 | Blue |

| VIN | License Plate Number | State | Plate Expiration | Body Style |
|---|---|---|---|---|
| 1M2AU14C3FM002356 | H905689 | Tennessee | 122017 | Truck-Tractor (Cab only or any number of trailing units) |

| HAZMAT? | FMCSA Reportable? | Bus Use | Unit Type |
|---|---|---|---|
| N | Y | Not Used As School Bus | Motor Vehicle In-Transport |

| Gross Weight | Vehicle Configuration |
|---|---|
| 26001 or Greater | Single Unit 3 Plus Axles |

| Vehicle Operation Type | Cargo Body Type |
|---|---|
| Commercially Owned/Used | Garbage Refuse |

| 1st Factor | 2nd Factor | 3rd Factor |
|---|---|---|
| NONE | | |

| Vehicle Special Use | Emergency Use | Override/Underride |
|---|---|---|
| No Special Use | N | No Underride-Override |

| Towed | Towed Location |
|---|---|
| Driven From Scene | |

| 1st Trailer | 1st Trailer License Plate Information | 2nd Trailer | 2nd Trailer License Information |
|---|---|---|---|
| | | | |

| Insurance 1 | Insurance 1 Type | Insurance 1 Carrier | Insurance 1 Start Date | Insurance 1 End Date |
|---|---|---|---|---|
| AEC004653602 | Operator | XL Specialty Insurance | | |
| Insurance 2 | Insurance 2 Type | Insurance 2 Carrier | Insurance 2 Start Date | Insurance 2 End Date |
| Insurance 3 | Insurance 3 Type | Insurance 3 Carrier | Insurance 3 Start Date | Insurance 3 End Date |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | Fire in Vehicle |
|---|---|
| Motor Vehicle-In-Transport On Same Roadway | N |

| Events 1 | Events 2 | Events 3 |
|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | |
| Events 4 | Events 5 | Events 6 |
| | | |

| Point of First Impact | Extent of Damage | Officer Damage Estimate |
|---|---|---|
| Rear End | Minor Damage | Greater Than 400 Dollars |

| Areas of Vehicle Damage |
|---|
| Rear End |

| Travel Direction | Traveling On |
|---|---|
| South | Lamar Ave |

| Trafficway Flow | Roadway Surface Type | Number of Travel Lanes |
|---|---|---|
| Entrance Exit Ramp | Asphalt | Two Lanes |

| Trafficway Hazards |
|---|
| Other |

| Traffic Control Devices | Traffic Control Device Functioning | Roadway Route Signing |
|---|---|---|
| Yield Sign | Device Functioning Properly | Municipal Route |

| Roadway Surface Conditions | Roadway Character Alignment | Roadway Character Profile |
|---|---|---|
| Dry | Curve Right | Level |

| Speed Limit | Access control |
|---|---|
| 45 | No Control |

## Commercial Carrier Information

| US DOT | Carrier Name | | Carrier Type | | ICC MC | TN DOS |
|---|---|---|---|---|---|---|
| 29453900 | Inland Waste Solution | | Intrastate | | | TN |

| Address Line 1 | Address Line 2 | City | State | Zip Code | Phone |
|---|---|---|---|---|---|
| 4033 Lamar Ave | | Memphis | TN | 38118 | |

| 1st Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |
|---|---|---|---|---|---|
| 2nd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |
| 3rd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |

RDA 1348
Official copy obtained through BuyCrash.com

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| 2 | 2 | Driver Operated |

## Driver Information

| First Name | | Middle Initial | Last Name | | | | Suffix | Date Of Birth | | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin | | J | Kerr | | | | | 5/23/1995 | | 22 |

| Address Line 1 | | Address Line 2 | | City | | State | | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 4863 Blanding Ave | | | | Memphis | | TN | | | 381184402 |

| Phone 1 | Phone 2 | Phone 3 | Race | | Ethnicity | | | Gender |
|---|---|---|---|---|---|---|---|---|
| Unknown | | 9012975960 | Black or African American | | Non-Hispanic | | | M |

| Drivers License Number | | Drivers License State | | Expiration Date | | Drivers License Class | | Drivers License Status |
|---|---|---|---|---|---|---|---|---|
| 121690942 | | TN | | 2020 | | D | | Valid |

| Safety Equipment | | | Airbag | | Seat Position |
|---|---|---|---|---|---|
| Shoulder And Lap Belt Used | | | AirBag Available-No Deployment | | Front Seat-Left Side |

| Endorsement 1 | Complied With | Endorsement 2 | | Complied With | Endorsement 3 | | Complied With |
|---|---|---|---|---|---|---|---|
| None | Y | | | | | | |

| Restriction 1 | Complied With | Restriction 2 | | Complied With | Restriction 3 | | Complied With |
|---|---|---|---|---|---|---|---|
| None | Y | | | | | | |

| Ejected | | Ejection Path | | | Trapped/Extricated | |
|---|---|---|---|---|---|---|
| Not Ejected | | Not Ejected/Not Applicable | | | Not Trapped | |

| Injury Code | | Medical Transport | | Ambulance/Hospital | |
|---|---|---|---|---|---|
| Possible Injury | | EMS-Ground | | St. Francis | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | | Distraction | |
|---|---|---|---|---|
| No Hit And Run | Going Straight | | None | |

| Driver's 1st Condition | Driver's 2nd Condition | | Driver's 3rd Condition |
|---|---|---|---|
| Appeared Normal | | | |

| Driver's 1st Action | | Driver 2nd Action | |
|---|---|---|---|
| None | | | |

| Driver's 3rd Action | | Driver's 4th Action | |
|---|---|---|---|
| | | | |

## Alcohol and Drugs

| Presence of Alcohol | | Determination Method | | Alcohol Test Status | |
|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | |

| 1st Alcohol Test Type | | 1st Alcohol Test Result | 2nd Alcohol Test Type | | 2nd Alcohol Test Result |
|---|---|---|---|---|---|
| Not Tested | | None Given | | | |

| Presence of Drugs | | Determination Method | | Drug Test Status | |
|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| Not Tested For Drugs | No Drug Reported | | | | |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 21-55 | Other Non-Moving | Financial Responsibility | 21-55 |
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |

## Vehicle Information

| Owner Same as Driver | Owner First Name | | Owner Middle Name | | Owner Last Name | | | Owner Suffix |
|---|---|---|---|---|---|---|---|---|
| Y | Kevin | | J | | Kerr | | | |
| Address Line 1 | | Address Line 2 | | | City | State | Zip Code | Phone 1 |
| 4863 Blanding Ave | | | | | Memphis | TN | 381184402 | Unknown |
| Phone 2 | Phone 3 | Vehicle Year | Vehicle Make | | Vehicle Model | Color | | |
| | 9012975960 | 2011 | FORD | | TAU | Gray | | |
| VIN | | License Plate Number | State | | Plate Expiration | Body Style | | |
| 1FAHP2DWXBG134944 | | 2C87S3 | Tennessee | | 112017 | Four-Door Sedan Hardtop | | |
| HAZMAT? | FMCSA Reportable? | Bus Use | | | Unit Type | | | |
| N | N | Not Used As School Bus | | | Motor Vehicle In-Transport | | | |
| Gross Weight | | | | Vehicle Configuration | | | | |
| 10000 or Less-No Haz-8 Or Less | | | | | | | | |
| Vehicle Operation Type | | | | Cargo Body Type | | | | |
| Personally Owned/Used | | | | | | | | |
| 1st Factor | | | 2nd Factor | | | 3rd Factor | | |
| NONE | | | | | | | | |
| Vehicle Special Use | | | | Emergency Use | Override/Underride | | | |
| No Special Use | | | | N | No Underride-Override | | | |
| Towed | | | Towed Location | | | | | |
| Towed Due To Vehicle Damage | | | 4259 Pigeon Roost | | | | | |
| 1st Trailer | | 1st Trailer License Plate Information | | 2nd Trailer | | | 2nd Trailer License Information | |
| Insurance 1 | Insurance 1 Type | | Insurance 1 Carrier | | | Insurance 1 Start Date | | Insurance 1 End Date |
| | No Insurance | | | | | | | |
| Insurance 2 | Insurance 2 Type | | Insurance 2 Carrier | | | Insurance 2 Start Date | | Insurance 2 End Date |
| Insurance 3 | Insurance 3 Type | | Insurance 3 Carrier | | | Insurance 3 Start Date | | Insurance 3 End Date |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | | | Fire in Vehicle |
|---|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | | N |
| Events 1 | Events 2 | Events 3 | |
| Motor Vehicle-In-Transport On Same Roadway | | | |
| Events 4 | Events 5 | Events 6 | |
| Point of First Impact | Extent of Damage | Officer Damage Estimate | |
| Front End | Disabling Damage | Greater Than 400 Dollars | |
| Areas of Vehicle Damage | | | |
| Front End, Left Side-Far Front, Right Side-Far Front | | | |
| Travel Direction | Traveling On | | |
| South | Lamar Ave | | |
| Trafficway Flow | Roadway Surface Type | Number of Travel Lanes | |
| Entrance Exit Ramp | Asphalt | Two Lanes | |
| Trafficway Hazards | | | |
| None | | | |
| Traffic Control Devices | Traffic Control Device Functioning | Roadway Route Signing | |
| Yield Sign | Device Functioning Properly | Municipal Route | |
| Roadway Surface Conditions | Roadway Character Alignment | Roadway Character Profile | |
| Dry | Curve Right | Level | |
| Speed Limit | Access control | | |
| 45 | No Control | | |

## Occupants

| Person Type | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Passenger** | | | | | | | | | | |

| First Name | | Middle Name | | Last Name | | | Suffix | Date Of Birth | | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| **Deunta** | | **D** | | **Youngblood** | | | | **6/7/1993** | | **24** |

| Address Line 1 | | Address Line 2 | | | City | | | State | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|
| **1904 Tahiti Ln** | | | | | **Memphis** | | | **TN** | | **38117742 2** |

| Phone 1 | Phone 2 | | Phone 3 | | Gender | | Seating Position | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Unknown** | | | **9015503703** | | **M** | | **Front Seat-Right Side** | | | |

| Airbag | | Safety Equipment | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **AirBag Available-No Deployment** | | **Shoulder And Lap Belt Used** | | | | | | | | |

| Ejected | | Ejection Path | | | | Trapped/Extricated | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Not Ejected** | | **Not Ejected/Not Applicable** | | | | **Not Trapped** | | | | |

| Injury Code | | Medical Transport | | | | Ambulance/Hospital | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Possible Injury** | | **EMS-Ground** | | | | **St. Francis** | | | | |

## Alcohol and Drugs

| Presence of Alcohol | | | Determination Method | | | Alcohol Test Status | | |
|---|---|---|---|---|---|---|---|---|
| **No** | | | **Observed** | | | **Test Not Given** | | |

| 1st Alcohol Test Type | | 1st Alcohol Test Result | | 2nd Alcohol Test Type | | | 2nd Alcohol Test Result | |
|---|---|---|---|---|---|---|---|---|
| **Not Tested** | | **None Given** | | | | | | |

| Presence Of Drugs | | | Determination Method | | | Drug Test Status | | |
|---|---|---|---|---|---|---|---|---|
| **No** | | | **Observed** | | | **Test Not Given** | | |

| 1st Drug Test Type | 1st Drug Test Result | | 2nd Drug Test Type | 2nd Drug Test Result | | 3rd Drug Test Type | | 3rd Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| **Not Tested For Drugs** | **No Drug Reported** | | | | | | | |

## Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th Violation Statute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th Violation Statute |

## Commercial Carrier Information

| US DOT | Carrier Name | | | | Carrier Type | | | ICC MC | TN DOS | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address Line 1 | | Address Line 2 | | | City | | State | Zip Code | Phone | |
| 1st Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | | Hazardous Materials Released | | | | |
| 2nd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | | Hazardous Materials Released | | | | |
| 3rd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | | Hazardous Materials Released | | | | |

SF - 1481 (Rev 7/15)

6    of    7

Official copy obtained through BuyCrash.com

**Narrative**

CAD# P172900506. On 10/17/2017 at 08:10 hours, Officer D.Haskin (10417) responded to a crash on LamarAve at Raines Rd. Vehicle #1: Mack Trucks 1m2 backed into the front of vehicle #2: Ford Taurus. Driver #2 Kevin Kerr advised that he was southbound Lamar Ave on the off ramp stopped in traffic to go westbound on Raines. Vehicle #1 backed up and struck his vehicle on the front bumper and hood. Driver #1 Marcus Scullark advised that he was also southbound Lamar Ave on the off ramp to westbound Raines Rd. Unknown vehicle began backing up in front of him, so he put his vehicle in reverse and began backing up also. He did not see vehicle #2 behind him. He then backed into vehicle #2 with his rear bumper. MFD Unit 8 made the scene and transported Driver #2 Kevin Kerr and passenger Deunta Youngblood to St.Francis Hospital non-critical. Driver #1 Marcus Scullark received citation # U 433091 for improper backing. Driver #2 Kevin Kerr received citation # U 433090 for financial responsibility law. Both court dates were set for December 6th 2017 at 9am in Div1. Photos were taken on the scene. Vehicle #2: Ford Taurus was towed from the scene by Absolute Towing to 4259 Pigeon Roost. Vehicle #1: Mack Trucks 1m2 was released to licensed driver and driven from the scene.

Official copy obtained through BuyCrash.com



Official copy obtained through BuyCrash.com