# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIS PRICE, and KEVIN KERR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:17-cv-02772-JTF-cgc** |
| | ) | |
| **CITY OF MEMPHIS,** *ex rel* | ) | |
| **MEMPHIS POLICE DEP'T,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Joint Stipulation of Dismissal signed by Plaintiffs Willis Price and Kevin Kerr and Defendant City of Memphis,[1] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); the Stipulation was filed on March 2, 2020.  (ECF No. 49.)  The Court, being duly advised, finds that this action is **DISMISSED** with prejudice.  Each party shall itself bear all costs and attorney fees.

**IT IS SO ORDERED** this 3rd March 2020.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

---

[1] The parties jointly acknowledge that Intervening Defendant, Bradley Jetmore, is not party to the settlement.  (ECF No. 49.)