UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**WILLIS PRICE, and KEVIN KERR,**

    **Plaintiffs,**

v.                                                          **Case No. 2:17-cv-02772-JTF-cgc**

**CITY OF MEMPHIS,** *ex rel*
**MEMPHIS POLICE DEP'T,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Joint Stipulation of Dismissal, filed by the parties on March 2, 2020, and the Order of Dismissal with Prejudice, entered by this Court on March 3, 2020.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                            THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE             CLERK

March 3, 2020                                         s/Benjamin D. Hargrove
DATE                                                     (BY) LAW CLERK